IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANTE LOVE,**<br><br>                         Petitioner,<br><br>     v.<br><br>**PATRICK COVELLO, Warden,**<br><br>                         Respondent. | Case No. 2:20-cv-0007 KJM AC P<br><br>[PROPOSED] ORDER |

GOOD CAUSE BEING SHOWN, the Court hereby orders that petitioner's opposition or statement of non-opposition to the motion to dismiss shall be filed and served within thirty days after re-service of the motion and exhibits, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

DATED: July 14, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE